The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## MARTIN v. STATE.
### No. 20940.

Court of Criminal Appeals of Texas.
Jan. 24, 1940.

Tom L. Robinson, of Gatesville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for driving an automobile upon the public highway while intoxicated; penalty assessed at confinement in the county jail for thirty days and a fine of fifty dollars.

The record is before us without bills of exception or statement of facts.. No question has been presented for review. However, the appellant, through his attorney, has filed a written motion requesting the affirmance of the case. The judgment is therefore affirmed.